O

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAZI A. RASHID,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. CV 2:18-cv-05110-ODW(KLSx)<br><br>**ORDER GRANTING EX PARTE APPLICATION STAYING THE CASE DUE TO THE LAPSE OF APPROPRIATIONS [12]**<br><br>Honorable Otis D. Wright II,<br>United States District Judge |

1        The Court, having considered Defendant's *ex parte* application for a stay of the

2  entire case due to the lapse of appropriations to the Department of Justice ("Department"),

3  hereby GRANTS Defendant's request. Accordingly, this action is stayed until funding for

4  the Department is restored.

5

6  **IT IS SO ORDERED.**

7

8  January 3, 2019

9                                **OTIS D. WRIGHT, II**
                        **UNITED STATES DISTRICT JUDGE**