UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAZI A. RASHID,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 2:18-cv-05110-ODW (KSx)<br><br><br><br>JUDGMENT<br><br><br><br>Hon. Otis D. Wright, II |

On June 8, 2018, plaintiff Kazi A. Rashid sought judicial review of an administrative decision by the United States Department of Agriculture ("USDA"), Food and Nutrition Services ("FNS"), to permanently disqualify him and his store, Harry's Market, from participating in the Supplemental Nutrition Assistance Program.

On July 9, 2019, the Court granted defendant's motion for summary judgment on the grounds that: (1) plaintiff did not raise a material dispute of fact that food stamp trafficking did not occur at his store, Harry's Market, *see Fajardo v. United States*, CV 15-4790 FMO (PLAx), 2016 WL 4010080, at *3 (C.D. Cal. July 25, 2016); and (2) FNS's decision to permanently disqualify plaintiff and his store from the food stamp program was not arbitrary or capricious. *See Wong v. United States*, 859 F.2d 129, 132 (9th Cir. 1988).

Accordingly, it is **ORDERED and ADJUDGED** that:

1.  Plaintiff Kazi A. Rashid and his store Harry's Market, 8751 Compton Ave., Los Angeles, California 90002, are permanently disqualified from participating in the

Supplemental Nutrition Assistance Program.

2. Defendant shall be entitled to costs pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3.

3. The Clerk of Court shall close the case.

**IT IS SO ORDERED**

July 23, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**